IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BUTTE DIVISION

| | |
|---|---|
| PETER SERINO,<br><br>    Plaintiff,<br><br>v.<br><br>STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY,<br><br>    Defendant. | Cause No.: CV-21-53-BU-JTJ<br><br>ORDER DISMISSING DEFENDANT'S FIFTH AFFIRMATIVE DEFENSE |

Pursuant to the Unopposed Motion to Dismiss Defendant's Fifth Affirmative Defense, and for good cause appearing,

IT IS HEREBY ORDERED that the Defendant's Fifth Affirmative Defense is DISMISSED.

Dated this 16th day of June, 2022.

_____
John Johnston
United States Magistrate Judge