IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BUTTE DIVISION

| | |
|---|---|
| PETER SERINO,<br><br>    Plaintiff,<br><br>vs.<br><br>STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY,<br><br>    Defendant. | CV 21-53-BU-JTJ<br><br>ORDER |

United States Magistrate Judge Kathleen L. DeSoto has informed the Court that this case has settled.

Accordingly, IT IS HEREBY ORDERED:

1. All deadlines in this case are VACATED.

2. The parties shall file a stipulation for dismissal, and a proposed order of dismissal on or before November 18, 2022.

DATED this 14th day of October, 2022.

                _/s/ John Johnston_
                John Johnston
                United States Magistrate Judge