IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BUTTE DIVISION

| | |
|---|---|
| PETER SERINO,<br><br>    Plaintiff,<br><br>v.<br><br>STATE FARM MUTUAL<br>AUTOMOBILE INSURANCE<br>COMPANY,<br><br>    Defendant. | Cause No.: CV-21-53-BU-BMM-JTJ<br><br><br>ORDER OF DISMISSAL WITH<br>PREJUDICE |

Pursuant to the parties' Stipulation for Dismissal with Prejudice,

IT IS HEREBY ORDERED that the above-entitled action is hereby dismissed, with prejudice. Each party shall bear their respective costs and attorney fees.

1

DATED this 22nd day of November, 2022.

_____
John Johnston
United States Magistrate Judge